# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON KING PRODUCTIONS,           ) | Case No. C 97-3674 JL |
|     Plaintiff,                          ) | **Notice and Order** |
|     v.                                       ) | |
| STEPHEN W. HARVEY, et al.,   ) | |
|     Defendants.                     ) | |

    Plaintiff filed an Application and Declaration for Renewal of Judgment against Defendants and Judgment Debtors Alfredo Lopez, individually and as principal of Azteca Restaurant . This case was originally referred to this Court by the district court (Hon. William H. Orrick) for a Judgment Debtor Examination under 28 U.S.C. §636(b), following Entry of Judgment against these Defendants on January 5, 2000 in the amount of $3,810.00. A Satisfaction of Judgment was entered February 6, 2003. However, on January 11, 2008, this Court granted a motion to use a process server to levy execution on Defendants, an order seemingly inconsistent with the judgment's being satisfied.

    The court file in this case is in storage, only accessible after a lengthy wait. If Plaintiff has documents to explain why the Satisfaction of Judgment is inaccurate, and to justify renewal of the judgment at this time, it shall file them with the court.

1    IT IS SO ORDERED.

2   Date: December  4,  2009

_/s/ James Larson_
James Larson
United States Magistrate Judge

G:\JLALL\CHAMBERS\CASES\TERMED\97-3674\Ref-Reassign.wpd